UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| TYLER PANDOLFO,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>SYNCHRONY BANK,<br><br>　　　　　　　Defendant. | Case No.: 3:21-cv-00450-BEN-JLB<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**<br><br>**[ECF No. 5]** |
|---|---|

Plaintiff Tyler Pandolfo and Defendant Synchrony Bank ("Defendant") filed a Joint Motion for Extension of Time for Defendant to Respond to Plaintiff's Complaint (the "Joint Motion"). ECF No. 5. Good cause appearing, the Court **GRANTS** the Joint Motion. Accordingly, Defendant shall file its responsive pleading on or before May 5, 2021.

**IT IS SO ORDERED.**

Dated: April 5, 2021

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　**HON. ROGER T. BENITEZ**
　　　　　　　　　　　　　　　　　　　　　　United States District Judge