Ahren A. Tiller, Esq. [SBN: 250608]
BLC Law Center, APC
1230 Columbia St., Ste 1100
San Diego, CA 92101
Phone (619) 894-8831
Facsimile: (866) 444-7026

Attorneys for Plaintiff
TYLER PANDOLFO

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYLER PANDOLFO, | Case No.: 3:21-cv-00450-BEN-JLB |
| Plaintiff, | NOTICE OF SETTLEMENT |
| vs. | |
| SYNCHRONY BANK | |
| Defendant(s), | Judge: Hon. Roger T. Benitez |
| | Magistrate: Hon. Jill L. Burkhardt |

TO THE HONORABLE COURT AND ALL PARTIES HEREIN AND THEIR RESPECIVE COUNSEL OF RECORD:

    PLEASE TAKE NOTICE THAT pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff TYLER PANDOLFO ("Plaintiff") and SYNCHRONY BANK ("Defendant") have agreed to terms to settle claims herein, subject to the full

1  execution of a confidential agreement.

2      Plaintiff intends to file a request for dismissal with prejudice as to all
3  Defendants within thirty (30) days or less. In light of the settlement, Plaintiff
4  respectfully requests the Court vacate all future hearings and deadlines in this case.

6  Dated: June 8, 2021                By:    /s/ Ahren A. Tiller
7                                                            Ahren A. Tiller
8                                                            BLC Law Center, APC
                                                          Attorneys for Plaintiff

# PROOF OF SERVICE

I, Ahren A. Tiller, am a resident of the State of California, over the age of eighteen (18) years, and not a party to this action. My business address is 1230 Columbia St., Ste 1100 San Diego, Ca 92101. I am an attorney admitted to practice in the United States District Court for the Central District of California.

I possess personal knowledge of the facts contained herein, and do hereby declare as follows:

On June 8, 2021 I served the following documents:

☑ NOTICE OF SETTLEMENT

As follows:

☑ Via ECF/NEF automated notice to Steven P. Warner (swarner@reedsmith.com, ckoster@reedsmith.com)

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June 8, 2021                    By:     /s/ Ahren A. Tiller
                                               Ahren A. Tiller
                                               BLC Law Center, APC
                                               Attorneys for Plaintiff