Ahren A. Tiller, Esq. [SBN: 250608]
BLC Law Center, APC
1230 Columbia St., Ste 1100
San Diego, CA 92101
Phone (619) 894-8831
Facsimile: (866) 444-7026

Attorneys for Plaintiff
TYLER PANDOLFO

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYLER PANDOLFO,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SYNCHRONY BANK<br><br>　　　　Defendant(s), | Case No.: 3:21-cv-00450-BEN-JLB<br><br>**JOINT MOTION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE.**<br><br><br>Judge: Hon. Roger T. Benitez<br><br>Magistrate: Hon. Jill L. Burkhardt |

### JOINT MOTION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

Plaintiff TYLER PANDOLFO ("Plaintiff"), and Defendant SYNCHRONY BANK, ("Defendant") (collectively "The Parties"), herein respectfully submit this Joint Motion for Dismissal of this Entire Action with Prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

WHEREAS, the Parties stipulate that the entire action, including all claims, are hereby dismissed with prejudice as to Defendant, and the Parties hereby jointly move to dismiss this entire action with prejudice, with each Party to bear their own fees and costs.

Dated: July 12, 2021          By:   */s/ Ahren A. Tiller*
                                                          Ahren A. Tiller, Esq.
                                                          BLC Law Center, APC
                                                          Attorney for Plaintiff
                                                          TYLER PANDOLFO

Dated: July 12, 2021          By:   */s/ Steve P. Warner*
                                                          Steven P. Warner
                                                          Reed Smith
                                                          Attorney for Defendant
                                                          SYNCHRONY BANK

# SIGNATURE CERTIFICATION

I, Ahren A. Tiller, declare under the penalty of perjury of the laws of the United States that Pursuant to Section 2(f)(4) of the Electronic Case Filing Administration Policies and Procedures Manual, that the contents of this document are acceptable to the above-undersigned Counsel(s) and that I have obtained their authorization(s) to affix their electronic signature(s) to this document.

Dated: July 12, 2021                By:     */s/ Ahren A. Tiller*
                                                                         Ahren A. Tiller, Esq.
                                                                         BLC Law Center, APC
                                                                         Attorney for Plaintiff
                                                                         TYLER PANDOLFO

# PROOF OF SERVICE

I, Ahren A. Tiller, am a resident of the State of California, over the age of eighteen (18) years, and not a party to this action. My business address is 1230 Columbia St., Ste 1100 San Diego, Ca 92101. I am an attorney admitted to practice in the United States District Court for the Southern District of California.

I possess personal knowledge of the facts contained herein, and do hereby declare as follows:

On July 12, 2021, I served the following documents:

☒ JOINT MOTION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

By the following method(s):

☒ ECF/Notice of Electronic Filing ("NEF"): Steven P. Warner - swarner@reedsmith.com, ckoster@reedsmith.com

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 12, 2021                By: */s/ Ahren A. Tiller*
                                    Ahren A. Tiller
                                    BLC Law Center, APC
                                    Attorneys for Plaintiff